Ray Carrion
260 Audubon Ave Apt 24H
New York, NY 10033



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
v.
Ray Carrion, Defendant (Pro Se)



**MEMO ENDORSED**

Case No.: 24-CR-432
Hon. Catherine Failla

# STATUS REQUEST MOTION

TO THE HONORABLE COURT:

I respectfully submit this Status Request Motion regarding my previously filed motion dated December 9, 2025, which remains pending before this Honorable Court. As of the date of this filing, approximately two (2) months have passed without a ruling or status update.

Since the filing of my original motion, I have continued to remain fully compliant with all conditions of my supervised release. To date, I have successfully completed twenty (20) months of supervision without incident. During this period, I have maintained lawful employment, stability, and have remained committed to my rehabilitation and reintegration.

I respectfully wish to inform the Court of significant developments in my personal and financial circumstances. I am currently in the process of purchasing two (2) rental properties located in the State of Maryland, with closings anticipated in the near future. This process requires frequent travel for property viewings, inspections, meetings, and transactional obligations. Each trip requires approximately four (4) hours of travel each way, often requiring same-day return travel.

The current supervision travel restrictions have made this process substantially difficult, time-sensitive, and financially burdensome. Upon completion of these purchases, I will be responsible for the active management, oversight, and operational responsibilities of these rental properties, which will require continued travel and on-site presence.

These investments represent a critical component of my long-term rehabilitation, financial stability, and commitment to lawful entrepreneurship. Property ownership and management will provide sustainable income, housing opportunities to tenants, and further solidify my reintegration into the community as a productive, law-abiding citizen.

Given the time that has elapsed since my original filing, along with the progress I have demonstrated and the time-sensitive nature of my current real estate transactions, I respectfully request that the Court provide a status update and/or ruling on my pending motion at the Court's earliest convenience.

I remain deeply grateful for the Court's time, consideration, and continued guidance.

Respectfully submitted,

_____

Ray Carrion

Defendant (Pro Se)

Date: February 06, 2026

CERTIFICATE OF SERVICE

I hereby certify that on this date, I served a true and correct copy of the foregoing Status Request

Motion upon the United States Attorney's Office South District of New York Attn: Criminal Division One St. Andrew's Plaza New York, NY 100070 and Probation Officer Alexandria Hirsh via appropriate

filing and/or service methods in accordance with Court procedures.

Ray Carrion

Date: February 06,


The Court resolved Mr. Carrion's motion on March 2, 2026, and the Clerk of Court mailed him a copy of that Order that same day.

The Clerk of Court is directed to terminate the pending motion at docket entry 10 and to mail (i) a copy of this endorsement and (ii) another copy of the Court's March 2, 2026 endorsement to Mr. Carrion at the following address: Ray Carrion, 260 Audubon Ave, Apt 24H, New York, New York 10033.

Dated:     March 23, 2026          SO ORDERED.
           New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

**U.S. Department of Justice**

United States Attorneys Office

*Southern District of New York*

*One St. Andrew's Plaza*
*New York, New York 10007-1703*

Official Business

Criminal Division




FIRST-CLASS

US OFFICIAL MAIL PEI
US POSTAC
ZIP 10278
02 7W
0000058306

RECEIVED
SDNY PRO SE OFFICE

2026 MAR 19 PM 4: 00

Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

